

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00193-CV

| | | |
|---|---|---|
| UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CENTER A/K/A UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CENTER AT FORT WORTH HEALTH SYSTEMS, Appellant | § § | On Appeal from the 236th District Court of Tarrant County (236-290069-17) |
| | § | January 16, 2020 |
| V. | | |
| ROBYN WALTON, Appellee | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and judgment is rendered that Appellee Robyn Walton's claims against Appellant University of North Texas Health Science Center a/k/a University of North Texas Health Science Center at Fort Worth Health Systems are dismissed.

It is further ordered that Appellee Robyn Walton shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
     Justice Mike Wallach